## Raines v. East Tennessee Telephone Co., et al.

(Decided February 12, 1913.)

### Appeal from Fayette Circuit Court.

Municipal Corporations—Telephone Companies—Injury to One from Falling Over Guy Wire—Duty of Telephone Company to Exercise Ordinary Care—Instructions.—If the property owner leaves a space outside of his enclosure for a sidewalk, and the space so left is in fact so used as a public sidewalk that it was by such use practically a part of the highway, it was incumbent on the telephone company in stretching a guy wire between the sidewalk and the carriage way, to use ordinary care that the way should be reasonably safe for the public use.

J. H. MINOGUE and STOLL & BUSH, for appellant.

GEORGE C. WEBB, for appellee.

EXTENDED OPINION OF THE COURT BY CHIEF JUSTICE HOBSON.

Under the evidence as now presented the court will instruct the jury that if the four feet space outside of Sarah E. Smith's fence had been left outside of her enclosure for a sidewalk, and was in fact so used as a public sidewalk, that it was by such use practically a part of the avenue, then it was incumbent on the defendant in placing its guy wire to use ordinary care that the way should be reasonably safe for the public use, and if it failed to use such care, and by reason thereof the plaintiff was injured, they should find for him, unless he failed to exercise ordinary care for his own safety, and but for such failure would not have been injured. Otherwise the jury should find for the defendant.

In Johnson v. Paducah Lumber Co., 122 Ky., 369, the property was private and not used by the public. The other cases relied on for appellee are similar or turn on other principles.

When the case was before us we went carefully over the authorities, and indicated those that seemed to us to control. It would serve no good end to extend this response by going over the matter again. The mass of work before us does not permit this.

The opinion is extended as above indicated.  Raines v. East Tennessee Telephone Company, 150 Ky., 670.